# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 7, 2013

No. 12-10553

Lyle W. Cayce
Clerk

In the Matter of:
HALLWOOD ENERGY L.P.,

Debtor.

RAY BALESTRI, Trustee of the Hallwood Energy I Creditors' Trust,
as Successor in Interest to Hallwood Energy L.P.,

Plaintiff–Appellee,

HALL PHOENIX/INWOOD L.T.D.,

Intervenor Plaintiff–Appellee,

versus

THE HALLWOOD GROUP INCORPORATED,

Defendant–Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:11-CV-1791

No. 12-10553

Before SMITH, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM:[*]

This dispute, ultimately decided in bankruptcy proceedings, arose from agreements entered into for oil exploration. The defendant appeals a large damage award based variously on theories including breach of contract, fraud, and tortious interference with contract. The bankruptcy court issued a lengthy opinion, containing findings and conclusions, with which the district court largely agreed in affirming.

We have reviewed the briefs and applicable law and pertinent portions of the record. The judgment works no injustice under the facts as shown, and, expressing no view on the specific reasoning of the bankruptcy and district courts in view of the arguments presented, we find no reversible error.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.